IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| MICHAEL SCARBORO, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>BENJAMIN WEINSTEIN, et al.,<br><br>    Defendants. | Case No. 4:22-cv-83 |

## **ORDER**

This matter is before the Court on the defendants' Motion to Dismiss (ECF No. 19) and the plaintiffs' Stipulation of Dismissal Without Prejudice (ECF No. 35). This case is **DISMISSED WITHOUT PREJUDICE**, and the Motion to Dismiss (ECF No. 19) is **DENIED AS MOOT**.

On August 3, 2022, the plaintiffs, as individuals and on behalf of a putative class, filed a complaint against Defendants Benjamin Weinstein, Blue Rise Group, LLC, and Seaview Apartments, LLC, alleging violation of the Fair Housing Act, 42 U.S.C. § 3604(h). ECF No. 1.

On December 14, 2022, Defendants Benjamin Weinstein, Blue Rise Group, LLC, and Seaview Apartments, LLC filed a motion to dismiss for failure to state a claim. ECF No. 19. The plaintiffs filed an opposition (ECF No. 25), and the defendants replied (ECF No. 26). The case was reassigned to this Court on March 17, 2023, and on May 31, 2023, the Court ordered supplemental briefing on the motion to dismiss. ECF No. 31.

On June 13, 2023, the plaintiffs filed a consent motion to amend their complaint, which the Court granted the following day. *See* ECF Nos. 32 (motion), 33 (order).

On June 19, 2023, the plaintiffs filed a stipulation of dismissal without prejudice, indicating that they "believe that they should more appropriately prosecute their disability discrimination claims under the Virginia Fair Housing Act," in state court. ECF No. 35.

This action is hereby **DISMISSED WITHOUT PREJUDICE**.

The defendants' Motion to Dismiss (ECF No. 19) is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ Jamar K. Walker
Jamar K. Walker
United States District Judge

Newport News, Virginia
June 20, 2023